United States District Court
Southern District of Texas
ENTERED
AUG 2 5 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 1 7 1998
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| LEONZO BALBOA DE LEON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-102 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER

Petitioner, Leonzo Balboa De Leon, has filed a Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response and submit the state record by October 16, 1998.

DONE at Brownsville, Texas, this 17th day of August, 1998.

_____
John Wm. Black
United States Magistrate Judge