**6**

United States District Court
Southern District of Texas
**ENTERED**

**NOV 06 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *LEONZO BALBOA DE LEON,* | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-102 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| Respondent. | § | |

## ORDER

Be it remembered that on this day came to be considered Respondent's Motion to Appear *Pro Hac Vice,* and the Court after considered the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and it is hereby GRANTED.

SIGNED on this the __6__ day of __November__, 1998.

_____
JUDGE PRESIDING

4