United States District Court
Southern District of Texas
ENTERED

NOV 2 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| *LEONZO BALBOA DE LEON,* § | |
| Petitioner, § | |
| § | |
| V. § | CIVIL ACTION NO. B-98-102 |
| § | |
| *GARY L. JOHNSON, DIRECTOR,* § | |
| *INSTITUTIONAL DIVISION,* § | |
| *TEXAS DEPARTMENT OF* § | |
| *CRIMINAL JUSTICE,* § | |
| Respondent. § | |

## ORDER

CAME ON this day for consideration Respondent Johnson's Motion to Correct the Court's Order with Brief in Support, and the Court having considered said Motion is of the opinion that is has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 23rd day of November 23, 1998.

SIGNED on this the 24 day of _____, 1998.

_____
JUDGE PRESIDING

4