*13*

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| LEONZO BALBOA DE LEON, | § | |
|    Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-102 |
| | § | |
| GARY L. JOHNSON, DIRECTOR OF THE | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION, | § | |
|    Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of April 12, 1999 should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this ____4____ day of ____May____ 1999.

_____
Hilda G. Tagle
United States District Judge